■ In the Matter of PEDRO VICIOSO, Petitioner, v WILLIAM K. NELSON et al., Respondents.—Proceeding pursuant to CPLR article 78, *inter alia,* to prohibit the respondent Gribetz from taking blood samples from the petitioner against his will pursuant to an order of the respondent Nelson dated March 8, 1990.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements, and any temporary stays are vacated *(see, Matter of Thomas v Nelson,* 160 AD2d 1010 [decided herewith]). Mangano, P. J., Thompson, Bracken and Brown, JJ., concur.